Case 2:25-cv-13004-JKS-JBC   Document 12   Filed 08/01/25   Page 1 of 2 PageID: 70

# ORDER



FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

Direct Line: +1.212.859.8693
Email: jackie.pearce@friedfrank.com
July 31, 2025

**SO ORDERED.**

**VIA ELECTRONIC FILING**
Honorable Jamel J. Semper
United States District Judge
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

**Dated: August 1, 2025**

Re: *Contreras Maldonado v. Cabezas*, No. 25-cv-13004 (JKS)
Request for Two-Week Extension of Time to Reply

Dear Judge Semper:

We represent Petitioner Yanddiry Yaneth Contreras Maldonado in this habeas petition. With Respondents' consent, we write to respectfully request a two-week extension of time to reply to Respondents' Answer to Petition for Writ of Habeas Corpus dated July 30, 2025, ECF No. 10. If the Court grants this request, Petitioner's response would be due on August 18, 2025. Respondents have graciously consented to this request.

Petitioner is a 23-year-old woman who challenges her detention by U.S. Immigration and Customs Enforcement ("ICE"). Petitioner is classified as a Special Immigrant Juvenile and has an application for asylum pending before United States Citizenship and Immigration Services at the Newark Asylum Office. Following her asylum interview on July 8, 2025, Petitioner was detained by ICE and held at the Elizabeth Contract Detention Facility in Elizabeth, New Jersey. Petitioner promptly filed her habeas petition on July 9, 2025. As set forth in the Petition, Petitioner alleges that her ongoing detention is unlawful.

We respectfully submit that good cause exists for this extension request. On July 9, 2025, this Court entered an Order to Show Cause directing Respondents to respond by July 16, 2025. Upon request from the United States Attorney, District of New Jersey, Petitioner consented to a two-week extension of Respondents' time to respond to the Order to Show Cause and the habeas petition, which extension was so-ordered by this Court. ECF No. 9. After filing her habeas petition on July 9, 2025, Petitioner was transferred from the Elizabeth Contract Detention Facility to a detention center in El Paso, Texas, and most recently, to another detention center in Otero County, New Mexico. Additionally, in this time, ICE has changed certain policies and practices, which may affect Petitioner's claims herein. Given

One New York Plaza, New York, New York 10004—1980
T: +1.212.859.8000  *friedfrank.com*

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

 July 31, 2025
Page 2

these changes in circumstances, Petitioner requests additional time to respond to Respondents' Answer.

 Thank you for your consideration of this unopposed request.

 Respectfully submitted,

 s/ Jacqueline Pearce

cc: All counsel of record (via ECF)