UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YANDDIRY YANETH CONTRERAS MALDONADO,<br><br>*Petitioner,*<br><br>v.<br><br>ALEXANDER CABEZAS, *et al.*,<br><br>*Respondents.* | HON. JAMEL K. SEMPER, U.S.D.J.<br><br>Civil Action No. 25-13004 (JKS)<br><br>**ORDER, FINDINGS OF FACT, AND CONCLUSIONS OF LAW** |

Respondents having filed a motion to seal information relating to Petitioner Yanddiry Yaneth Contreras Maldonado, the Court makes the following findings of fact and conclusions of law under Local Civil Rule 5.3(c):

1. The Court finds that Respondents' Answer to Petition for Writ of Habeas Corpus, ECF No. 10, implicates confidential information related to Petitioner's immigration history.

2. The Court finds that it is necessary for Respondents to submit records and information relating to Petitioner's immigration history in order to address the issues raised in this case.

3. Petitioner's counsel consents to Respondents' motion to seal.

4. The Court finds that disclosure of those records to the public, via publication on the Court's docket, is unnecessary and would amount to the disclosure of confidential and private information and could injure Petitioner's and Respondents' mutual interest in keeping such information confidential and private.

5. The Court finds that, because the records and information at issue are relevant to issues raised in the Answer, a less restrictive alternative to sealing is not available.

6. Accordingly, the Court finds that good cause exists to seal the records at issue under the considerations set forth in *Pansy v. Borough of Stroudsburg*, 23 F.3d 772 (3d Cir. 1994), and Local Civil Rule 5.3(c). The Court therefore permits the Clerk of the Court to maintain the documents at ECF Nos. 10, 10-1, 10-2, 10-3, 10-4, and 10-5 under seal, and to allow Respondents to file the redacted version of their Answer attached as Exhibit A to the Declaration of Andrew Boccio.

Dated: 8/14/2025

_____
HON. JAMES B. CLARK, III
United States Magistrate Judge