**Fried, Frank, Harris, Shriver & Jacobson LLP**

# ORDER

**Fried Frank**

Direct Line: +1.202.639.7176
Email: Katherine.St.Romain@friedfrank.com

August 18, 2025

**VIA ELECTRONIC FILING**

Hon. Jamel K. Semper
United States District Judge
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

Re:   Contreras Maldonado v. Cabezas, No. 25-cv-13004 (JKS)
      ~~Proposed~~ Briefing Schedule

Dear Judge Semper,

We represent Petitioner Yanddiry Yaneth Contreras Maldonado in the above-captioned proceeding. Jointly with Respondents' counsel, we write to propose a briefing schedule in connection with Petitioner's Amended Verified Petition for Writ of Habeas Corpus (the "Amended Verified Petition"), filed contemporaneously with this letter.

The parties' joint proposed schedule for briefing is as follows:

- Respondents shall file their response brief, if any, to the Amended Verified Petition no later than September 2, 2025; and

- Petitioner shall file her reply brief, if any, no later than September 10, 2025.

Should the Court determine that a hearing is required, Petitioner respectfully requests that the Court hold such hearing at its earliest convenience thereafter.

Thank you for your consideration of the parties' joint request.

Respectfully submitted,

*Katherine L. St. Romain*

Katherine L. St. Romain

cc:  Counsel of Record via ECF

**SO ORDERED.**

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

**Dated: August 21, 2025**

801 17th Street, NW, Washington, DC 20006
T: +1.202.639.7000 *friedfrank.com*
68689980